# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL LUIS COTA,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

✓ No. 83951

MICHAEL LUIS COTA,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 83957

**FILED**

JAN 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying motion to hold counsel in contempt and directing counsel to resend portions of case file. Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to hold counsel in contempt and directing counsel to resend portions of case file in a criminal matter, this court lacks jurisdiction to consider these appeals. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d

SUPREME COURT
OF
NEVADA

(O) 1947A

22-01749

1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS these appeals dismissed.[1]

_____, J.
Hardesty

_____, J.       _____, J.
Stiglich                                          Herndon

cc:     Michael Luis Cota
        Attorney General/Carson City
        Douglas County District Attorney/Minden
        John Malone
        Douglas County Clerk

---

[1]Given this order, this court takes no action on the pro se letters filed on January 3, 2022.

This court anticipates that counsel will promptly provide appellant with any portions of the case file that appellant claims to be missing, if counsel has not done so already.